DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**NICOLE HERRERA** and **JORGE HERRERA,**
Appellants,

v.

**AMANDA FADER,**
Appellee.

No. 4D18-874

[April 18, 2019]

Appeal and cross-appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Carol Lisa Phillips, Judge; L.T. Case No. CACE-14-006494-25.

Hinda Klein of Conroy Simberg, Hollywood, for appellants.

Brett M. Rosen, Jocelyn A. Santana and Mustafa H. Dandashly of Goldberg & Rosen, P.A., Miami, and Pamela Beckham and Robert J. Beckham, Jr., of Beckham & Beckham, P.A., Miami, for appellee.

PER CURIAM.

*Affirmed.*

MAY, CIKLIN and KLINGENSMITH, JJ., concur.

\*       \*       \*

***Not final until disposition of timely filed motion for rehearing.***